427 A.2d 1227

Commonwealth v. Matt, Appellant.

Submitted September 13, 1979.   Malcolm J. Gross, for appellant; Ann Keck, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.

427 A.2d 1227

Commonwealth v. McKnight, Appellant.

Submitted June 29, 1979.   Eric E. Sterling, for appellant;  Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and LOUIK, JJ.*

Judgment of sentence affirmed.

* Judge Donald E. Wieand is sitting by special designation.   Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, is sitting by designation.